

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2020

No. 04-19-00485-CV

Rob **JENNINGS,** III and El Veleno, Ltd.,
Appellants

v.

Susan **JENNINGS,** Tres Mujeres, Ltd., and Pamela J. Person,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,479
Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

Appellant's reply brief is due on April 29, 2020.  *See* TEX. R. APP. P. 38.6(c).  Before the due date, Appellant filed an unopposed first motion for an extension of time to file the reply brief.

Appellant's motion is GRANTED.  Appellant's reply brief is due on May 6, 2020.  *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court